### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CYNTHIA STEPHENS-DEWITT,   )<br>  )<br>  Plaintiff,   )<br>  )<br>v.   )<br>  )<br>MARTIN O'MALLEY,   )<br>Commissioner of   )<br>Social Security,   )<br>  )<br>  Defendant.   ) | Case No. CIV-24-455-SLP |

### **O R D E R**

Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Suzanne Mitchell [Doc. No. 11]. In the R&R, Judge Mitchell recommends that the Court grant Plaintiff's Unopposed Motion to Transfer Venue [Doc. No. 9] and transfer this action to the United States District Court for the Northern District of Oklahoma pursuant to 28 U.S.C. 1406(a). R&R [Doc. No. 11] at 4. Judge Mitchell further recommends that the Court grant Plaintiff's Unopposed Motion for Extension of Time to File Opening Brief [Doc. No. 5] and allow Plaintiff an additional thirty days from the date of transfer to file her opening brief. R&R [Doc. No. 11] at 4. The R&R provided any objections were due on or before August 13, 2024, and no objection has been filed. Upon review, the Court fully concurs with the analysis in the R&R.

IT IS THEREFORE ORDERED that the R&R is ADOPTED in its entirety. Plaintiff's Unopposed Motion for Extension of Time to File Opening Brief [Doc. No. 5] and her Unopposed Motion to Transfer Venue [Doc. No. 9] are GRANTED. This matter

is hereby transferred to the United States District Court for the Northern District of Oklahoma, and Plaintiff shall have thirty (30) days from the date of transfer to file her opening brief.

IT IS SO ORDERED this 16th day of August, 2024.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE